WILLIAM EDWARD DOLAN v. KAREN A. DOLAN

No. 48A02

(Filed 10 May 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 558 S.E.2d 218 (2002), vacating and remanding an order entered 31 August 2000 by Jarrell, J., in District Court, Guilford County. Heard in the Supreme Court 16 April 2002.

*Hatfield & Hatfield, by Kathryn K. Hatfield, for plaintiff-appellant.*

*Floyd & Jacobs, L.L.P., by Jack W. Floyd, for defendant-appellee.*

*Wyatt Early Harris & Wheeler, L.L.P., by A. Doyle Early, Jr., on behalf of the North Carolina Chapter of the American Academy of Matrimonial Lawyers, amicus curiae.*

PER CURIAM.

**BRADLEY v. HIDDEN VALLEY TRANSP., INC.**

[355 N.C. 485 (2002)]

AFFIRMED.

Justice EDMUNDS did not participate in the consideration or decision of this case.